Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−19960−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nabih Sadek Andraos
   aka Nabih S. Andraos
   4 Montgomery Drive
   Flemington, NJ 08822−3166

Social Security No.:
   xxx−xx−5351

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 16, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19960-MBK |
| Nabih Sadek Andraos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 148 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nabih Sadek Andraos, 4 Montgomery Drive, Flemington, NJ 08822-3166 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518938077 | | Bank of America, P.O. Box 26249, Tampa, FL 33623-6249 |
| 518938083 | | Bank of America HELOC, P.O. Box 15025, Wilmington, DE 19886-5025 |
| 518989712 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518958200 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518957756 | + | QUICKEN LOANS, LLC, QUICKEN LOANS, LLC, BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2021 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518938079 | | EDI: BANKAMER.COM | Apr 17 2021 00:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518938078 | | EDI: BANKAMER.COM | Apr 17 2021 00:43:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 518938082 | + | EDI: BANKAMER.COM | Apr 17 2021 00:43:00 | Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 518938081 | | EDI: BANKAMER.COM | Apr 17 2021 00:43:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518938080 | + | EDI: BANKAMER.COM | Apr 17 2021 00:43:00 | Bank of America, Attn: Bankruptcy, NC4-105-02-77, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 518938084 | | EDI: TSYS2.COM | Apr 17 2021 00:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 518938085 | + | EDI: TSYS2.COM | Apr 17 2021 00:43:00 | Barclays Bank Delaware, 700 Prides Xing, Newark, DE 19713-6109 |
| 518938089 | + | EDI: CITICORP.COM | Apr 17 2021 00:43:00 | CitiBank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 518938090 | + | EDI: CITICORP.COM | Apr 17 2021 00:43:00 | Citibank, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 518938091 | + | EDI: HFC.COM | Apr 17 2021 00:43:00 | HSBC, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 518938092 | + | EDI: HFC.COM | Apr 17 2021 00:43:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518938093 | + | EDI: HFC.COM | Apr 17 2021 00:43:00 | HSBC Retail Services, P.O. Box 9, Buffalo, NY 14240-0009 60197-5253 |
| 518938086 | | EDI: JPMORGANCHASE | Apr 17 2021 00:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 518938087 | | EDI: JPMORGANCHASE | Apr 17 2021 00:43:00 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 518938088 | | EDI: JPMORGANCHASE | Apr 17 2021 00:43:00 | Chase Slate, P.O. Box 15548, Wilmington, DE 19886 |
| 518984664 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 22:00:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518999660 | | EDI: PRA.COM | Apr 17 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518938094 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2021 21:01:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518999663 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. DMcDonough@flwlaw.com |
| Erik M. Helbing | on behalf of Debtor Nabih Sadek Andraos ehelbing@helbingconsumerlaw.com |

bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6